IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SANDRA T. EGGLESTON, | ) |
| | ) Case No. 4:05-CV-00027 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Secruity, | ) By: Jackson L. Kiser |
| | ) Senior United States District Judge |
| Defendant. | ) |

Before me is the *Report and Recommendation* [14] of the United States Magistrate Judge and the Plaintiff's *Objections to the Report and Recommendation* [15]. For the reasons stated in the accompanying *Memorandum Opinion*, it is hereby **ORDERED** that the Magistrate Judge's *Report and Recommendation* is **ADOPTED** and the Plaintiff's *Objections* are **OVERRULED**. The Commissioner's final decision denying the Plaintiff's claim for benefits is therefore **affirmed,** and judgment is **granted** for the Defendant. This case is hereby **dismissed** from the docket of this Court.

The Clerk is directed to send certified copies of this *Order* and the accompanying *Memorandum Opinion* to all counsel of record.

Entered this 10th day of February, 2006.

s/Jackson L. Kiser
Senior United States District Judge